1:15-cr 9

I am writing you to let you know that I would like to be considered for an earlier release. I have been on supervised release for almost three years. In that time frame, I bought my own home for my family, and I and I have full custody of my son. I have kept a steady job since I was released and became a Maintenance Supervisor over several apartment complexes in Chattanooga. I have not had any infractions since released, Thank you for taking the time to read my letter and hopefully consider me for an earlier release.

Thomas Spence
136 tofey Sub Rd Dunlap TN 37327

*[signature]* 3-15-23

FILED
MAR 20 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

136 Lofty Sub Rd
Dunlap, TN · 37327

Travis R. McDonough, Chief United States District
Joel Solomon Federal Bldg
900 Georgia Ave
Chatt, TN 37402

37402-223099

CHATTANOOGA TN 373
16 MAR 2023 PM 2 L

